1 | Frank Woodson
Navan Ward
2 | **BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
3 | 218 Commerce Street
P.O. Box 4160
4 | Montgomery, Alabama 36103
Telephone: 334-269-2343
5 | Facsimile: 334-954-7555
Attorneys for Plaintiffs
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN FRANCISCO DIVISION
11
12 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

14 | This Document Relates To:

15 | *James Alan Bell vs. G.D. Searle LLC, et al.*
(05-4450 CRB)
16

**AMENDED STIPULATION AND**
**ORDER OF DISMISSAL WITH**
**PREJUDICE**

17 | *James Rogers Fanning vs. G.D. Searle LLC, et*
*al.*
18 | (05-4453 CRB)

19 | *John J. Driscoll vs. Pfizer Inc, et al.*
(05-4584 CRB)

20 | *Barbara Clem vs. G.D. Searle LLC, et al.*
21 | (05-4736 CRB)

22 | *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
(05-5360 CRB)

23 | *Johnny Edwards vs. Pfizer Inc, et al.*
24 | (06-1914 CRB)

25 | *William Crowley vs. Pfizer Inc*
(06-2668 CRB)

26 | *Connie B. Anderson vs. Pfizer Inc, et al.*
27 | (06-2784 CRB)

28 | *Tracy Baral vs. Pfizer Inc, et al.*
(06-2912 CRB)

-1-

EAST\42595197.1

1

2

*Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

3

4

*Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)

5

*Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

6

7

*Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)

8

*James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

9

*Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)

10

11

*Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

12

*Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)

13

14

*David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

15

*Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)

16

17

*Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

18

*Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)

19

20

*Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

21

*Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)

22

23

*Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

24

25

*Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)

26

*Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

27

28

*Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  *Rick Detmer, et al. vs. Pfizer Inc, et al.*
   (06-7523 CRB)

2

3  *Randy Gunter, et al. vs. Pfizer Inc, et al.*
   (06-7524 CRB)

4  *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
   (06-7770 CRB)

5

6  *Christene Canada vs. Pfizer Inc, et al.*
   (06-7771 CRB)

7  *Christine Erickson, et al. vs. Pfizer Inc, et al.*
   (06-7772 CRB)

8

9  *Dannie Graham vs. Pfizer Inc, et al.*
   (06-7774 CRB)

10 *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
   (06-7775 CRB)

11

12 *Michael Fisher vs. Pfizer Inc, et al.*
   (07-0761 CRB)

13 *George S. Chiotakis vs. Pfizer Inc, et al.*
   (07-0860 CRB)

14

15 *Ricky Estep vs. Pfizer Inc, et al.*
   (07-0971 CRB)

16 *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
   (07-1124 CRB)

17

18 *Shirley Darling, et al. vs. Pfizer Inc, et al.*
   (07-1356 CRB)

19 *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
   (07-1371 CRB)

20

21 *Richard L. Bowden vs. Pfizer Inc, et al.*
   (07-1375 CRB)

22 *Betty Grulke vs. Pfizer Inc, et al.*
   (07-1768 CRB)

23

24 *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
   (07-1874 CRB)

25 *Phyllis Buonopane vs. Pfizer Inc, et al.*
   (07-2026 CRB)

26

27 *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
   (07-3034 CRB)

28 *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1 | (07-3643 CRB)

2 | *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
(07-3646 CRB)

3

4 | *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
(07-3955 CRB)

5 | *Helen Alexander, et al. vs. Pfizer Inc, et al.*
(07-4382 CRB)

6

7 | *James Dauphinais, et al. vs. Pfizer Inc, et al.*
(07-4983 CRB)

8 | *James Darty vs. G.D. Searle LLC, et al.*
(07-5399 CRB)

9

10 | *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
(07-5590 CRB)

11 | *Morris Adams, et al. vs. Pfizer Inc, et al.*
(07-5591 CRB)

12

13 | *Peter Fos vs. Pfizer Inc, et al.*
(07-5685 CRB)

14 | *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
(07-5703 CRB)

15

16 | *Vivian Cobb vs. Pfizer Inc, et al.*
(08-0257 CRB)

17 | *Roberta Bowman vs. Pfizer Inc, et al.*
(08-0303 CRB)

18

19 | *Harriet Bratcher vs. Pfizer Inc, et al.*
(08-0795 CRB)

20 | *Olive Beebe, et al. vs. Pfizer Inc, et al.*
(08-0977 CRB)

21

22 | *Ramond Beaver vs. Pfizer Inc, et al.*
(08-1015 CRB)

23 | *Robert Colman vs. Pfizer Inc, et al.*
(08-1016 CRB)

24

25 | *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
(08-1224 CRB)

26 | *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
(08-1351 CRB)

27

28 | *Tim Gray vs. Pfizer Inc, et al.*
(08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1
2    *Owen L. May, et al. vs. Pfizer Inc, et al.*
     (08-1590 CRB)

3    *Ronald Carr, et al. vs. Pfizer Inc, et al.*
     (08-1591 CRB)
4
     *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5    (08-1746 CRB)

6    *Earnest Colvin vs. Pfizer Inc, et al.*
     (08-2470 CRB)
7
     *Velma Burt vs. Pfizer Inc, et al.*
8    (08-2471 CRB)

9    *Sarah Benton vs. Pfizer Inc, et al.*
     (08-2605 CRB)
10
     *Lawanda Bell vs. Pfizer Inc, et al.*
11   (08-3708 CRB)

12        Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15   each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22   DATED: 10|2,2009      By:  /s/ Navan Warel J.

23

24        **BEASLEY, ALLEN, CROW, METHVIN,
          PORTIS & MILES, P.C.**
          218 Commerce Street
25        P.O. Box 4160
          Montgomery, Alabama 36103
26        Telephone:  334-269-2343
          Facsimile:  334-954-7555
27
          *Attorneys for Plaintiffs*
28

                                -5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1   DATED: Oct. 29, 2009       By: _____

2

3                              **DLA PIPER LLP (US)**
                              1251 Avenue of the Americas
4                              New York, New York 10020
                              Telephone: 212-335-4500
                              Facsimile: 212-335-4501
5

6                              *Defendants' Liaison Counsel*

7

8   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9   **IT IS SO ORDERED.**

10

11  Dated: NOV 1 3 2009

12                              Hon. Charles R. Breyer
                              United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                EAST\42595197.1